■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WHITTMAN, Appellant. [678 NYS2d 100] —Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered March 26, 1996, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant was not deprived of a fair trial as a result of the prosecution's failure to turn over the reports created by a police detective who did not testify at trial. We agree with the court's ruling made in connection with defendant's CPL 330.30 motion that the reports were not *Rosario* material because they did not relate to the subject matter of the complainant's direct testimony. Moreover, were we to apply a prejudice standard in light of the procedural setting of defendant's *Rosario* claim (*see, People v Machado*, 90 NY2d 187, 192; *People v Kronberg*, 243 AD2d 132), we would find no prejudice. We reject defendant's claim made pursuant to *Brady v Maryland* (373 US 83) because these reports could not have affected the verdict.

The court's *Sandoval* ruling balanced the appropriate factors and was a proper exercise of discretion. Since the theft-related crimes he had committed were highly relevant to his credibility, defendant was not entitled to be shielded from questioning about those crimes simply because he specializes in such crimes (*see, People v Pavao*, 59 NY2d 282, 292). Concur—Milonas, J. P., Rosenberger, Ellerin and Andrias, JJ.